UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re:
**Gary Kevin Coats**

Case No. 09-01032-8-ATS
Chapter 7

Debtor

## OPPOSITION TO OBJECTION TO EXEMPTIONS

The Debtor, by and through the attorney undersigned, hereby oppose the motion filed by David Warren, Chapter 7 Trustee, and dated 3/25/09, in its entirety, and respectfully requests the Court set this matter for hearing.

**WHEREFORE** the Debtor prays that the Court deny the said Trustee's objection, set this matter for hearing, and provide such other relief as to the Court seems just and proper.

Dated: April 13, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Jason Watson

Jason Watson
N.C. State Bar No.: 32986
6616-203 Six Forks Road
Raleigh, NC 27615
(919) 847-9750

**CERTIFICATE OF SERVICE**

I, Jason D. Watson , of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on April 13, 2009, I served copies of the foregoing **Opposition to Objection to Exemptions**, by automatic **electronic noticing** upon the following parties:


David M. Warren
Poyner Spruill LLP
P.O. Box 1801
Raleigh, NC 27602
by **regular U.S. mail**, upon the following parties:

Gary Kevin Coats
P.O. Box 12183
Raleigh, NC 27605

                                            /s Jason D. Watson
                                            Jason D. Watson