UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| In Re:<br>**Gary Kevin Coats**<br><br>Debtors | Case No.  09-01032-8-ATS<br>Chapter   7 |

**OPPOSITION TO MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE**

The Debtor, by and through the attorney undersigned, hereby oppose the motion filed by James E.R. Ratledge, Attorney for Toler Ratledge, and dated 5/8/09, in its entirety, and respectfully requests the Court set this matter for hearing.

**WHEREFORE** the Debtor prays that the Court deny the said motion to extend, set this matter for hearing, and provide such other relief as to the Court seems just and proper.

Dated: May 22, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Jason Watson

Jason Watson
N.C. State Bar No.: 32986
6616-203 Six Forks Road
Raleigh, NC 27615
(919) 847-9750

## CERTIFICATE OF SERVICE

I, Jason D. Watson , of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on May 22, 2009, I served copies of the foregoing **Opposition to Motion to Extend Time to Object to Discharge**, by regular U.S. mail, upon the following parties:

David M. Warren
Poyner Spruill LLP
P.O. Box 1801
Raleigh, NC 27602

Marjorie K. Lynch
Bankruptcy Administrator
Eastern District of North Carolina
P.O. Box 3039
Raleigh, NC 27602-3039

Gary Kevin Coats
PO Box 12183
Raleigh, NC 27605

James E.R. Ratledge
Attorney for Toler Ratledge
4600 Marriott Dr., Ste. 400
Raleigh, NC 27612

/s Jason D. Watson
Jason D. Watson