## CERTIFICATE OF SERVICE

I, Jason D. Watson , of Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on May 28, 2009, I served a copy of the amended Schedule C, by automatic electronic noticing, upon the following parties:

David M. Warren
Chapter 7 Trustee

Bankruptcy Administrator


and upon the following parties by first class United States mail, postage prepaid:

Gary Kevin Coats
Post Office Box 12183
Raleigh, NC 27605


s/  Jason D. Watson
_____
Jason D. Watson

amend2.wpt (rev. 3/26/07)